■ CAROL M. SCHAUS, as Administratrix of the Estate of JOHN K. SCHAUS, Deceased, Respondent, v MARINE MIDLAND BANK, Appellant, et al., Defendant. [715 NYS2d 678] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Whelan, J. (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Green, J. P., Hurlbutt, Scudder and Balio, JJ.